**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern  DIVISION**

| | | |
|---|---|---|
| In re:  Install-Right, LLC | § | Case No. 14-07628 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/04/2014. The undersigned trustee was appointed on 03/04/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          32,892.02

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 681.68 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of          1          $ | 32,210.34 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 07/02/2014 and the deadline for filing governmental claims was 09/02/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,039.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,039.20, for a total compensation of $4,039.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2015 _____     By: /s/ David R. Brown _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:      3

Case No.:   14-07628

Case Name:   Install-Right, LLC

For Period Ending:   09/22/2015

Trustee Name:      (330580) David R. Brown

Date Filed (f) or Converted (c):   03/04/2014 (f)

§ 341(a) Meeting Date:   03/28/2014

Claims Bar Date:   07/02/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking @ Inland Bank, 305 W. St. Charles Rd.,<br>Acct# xx0970 ($20,024); Chase Bank, 215 Rt. 83, Elmhurst, IL Acct# 456994883 ($376); acct# 3030877996 ($0) | 20,400.00 | 20,400.00 | | 20,023.79 | FA |
| 2 | Paul Reilly Company, Glendale Heights, IL ($1,35<br>Rytec Corp., Jackson, WI ($12,540) | 13,895.00 | 13,895.00 | | 12,868.23 | FA |
| 3 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | FA |
| | **Assets       Totals**      (Excluding unknown values) | **$34,295.00** | **$34,295.00** | | **$32,892.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaits preparation of tax returns. [David R Brown 2014-09-22 18:58:22]

Initial Projected Date Of Final Report (TFR):      03/15/2015

Current Projected Date Of Final Report (TFR):      09/22/2014

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-07628 | |
| **Case Name:** | Install-Right, LLC | |
| **Taxpayer ID #:** | **-***6711 | |
| **For Period Ending:** | 09/22/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | *********7566 - Checking Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/03/2014 | {2} | Paul Reilly Company Illinois,Inc. | Account receivable PIF | 1121-000 | 1,355.28 | | 1,355.28 |
| 04/08/2014 | {1} | Inland Bank | turnover of non-exempt property | 1129-000 | 20,023.79 | | 21,379.07 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.72 | 21,357.35 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.75 | 21,325.60 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.68 | 21,294.92 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.66 | 21,263.26 |
| 09/08/2014 | {2} | Rytec Corporation | Account receivable | 1121-000 | 650.00 | | 21,913.26 |
| 09/08/2014 | {2} | Rytec Corporation | Account receivable | 1121-000 | 4,712.95 | | 26,626.21 |
| 09/08/2014 | {2} | Rytec Corporation | Account receivable | 1121-000 | 6,150.00 | | 32,776.21 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.61 | 32,744.60 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                    *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | | |
|---|---|---|
| **Case No.:** | 14-07628 | |
| **Case Name:** | Install-Right, LLC | |
| **Taxpayer ID #:** | **-***6711 | |
| **For Period Ending:** | 09/22/2015 | |

| | |
|---|---|
| **Trustee Name:** | David R. Brown (330580) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********7566 - Checking Checking |
| **Blanket Bond (per case limit):** | $77,173,558.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 42.14 | 32,702.46 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.62 | 32,653.84 |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 46.98 | 32,606.86 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.47 | 32,558.39 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.41 | 32,509.98 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 43.66 | 32,466.32 |
| 04/07/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.27 | 32,418.05 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 32,418.05 | 0.00 |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 14-07628 | |
| **Case Name:** | Install-Right, LLC | |
| **Taxpayer ID #:** | **-***6711 | |
| **For Period Ending:** | 09/22/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Brown (330580) | |
| **Bank Name:** | The Bank of New York Mellon | |
| **Account #:** | **********7566 - Checking Checking | |
| **Blanket Bond (per case limit):** | $77,173,558.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 32,892.02 | 32,892.02 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 32,418.05 | |
| | | **Subtotal** | | | 32,892.02 | 473.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $32,892.02 | $473.97 | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 14-07628 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Install-Right, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6711 | Account #: | ******9566 - Checking Checking Account |
| For Period Ending: | 09/22/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 32,418.05 | | 32,418.05 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.20 | 32,397.85 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.04 | 32,352.81 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.63 | 32,303.18 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.00 | 32,255.18 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.84 | 32,210.34 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 32,418.05 | 207.71 | $32,210.34 |
| Less: Bank Transfers/CDs | | 32,418.05 | 0.00 | |
| Subtotal | | 0.00 | 207.71 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $207.71 | |

**Exhibit B**

# Form 2

Page:  8

## Cash Receipts And Disbursements Record

**Case No.:**                14-07628
**Case Name:**          Install-Right, LLC
**Taxpayer ID #:**      **-***6711
**For Period Ending:**  09/22/2015

**Trustee Name:**                    David R. Brown (330580)
**Bank Name:**                        Rabobank, N.A.
**Account #:**                          ******9566 - Checking Checking Account
**Blanket Bond (per case limit):** $77,173,558.00
**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $32,892.02 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| | $32,892.02 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********7566 - Checking Checking | $32,892.02 | $473.97 | $0.00 |
| ******9566 - Checking Checking Account | $0.00 | $207.71 | $32,210.34 |
| | **$32,892.02** | **$681.68** | **$32,210.34** |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

**Case: 14-07628**  **INSTALL-RIGHT, LLC**

Claims Bar Date: 07/02/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCT EXP | Alan D. Lasko & Associates, PC 205 West Randolph Street Suite 1150 Chicago, IL 60606 <3420-000 Accountant for Trustee Expenses (Other Firm)> , 200 | Administrative 09/15/15 | | $32.12 $32.12 | $0.00 | $32.12 |
| ACCT FEES | Alan D. Lasko & Associates, PC 205 West Randolph Street Suite 1150 Chicago, IL 60606 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 09/15/15 | | $1,169.00 $1,169.00 | $0.00 | $1,169.00 |
| TR COMP | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD Wheaton, IL 60187 <2100-000 Trustee Compensation> , 200 | Administrative 09/11/15 | | $4,039.20 $4,039.20 | $0.00 | $4,039.20 |
| 1P | Internal Revenue Service, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 04/21/14 | | $3,749.00 $3,749.00 | $0.00 | $3,749.00 |
| 2 | Chicago Regional Council Of Carpent Scalambrino & Arnoff, Llp One North Lasalle Street, Suite 1600 Chicago, IL 60602 <5400-000 Contributions to Employee Benefit Plans - § 507(a)(5)> , 520 | Priority 06/17/14 | | $47,633.41 $47,633.41 | $0.00 | $47,633.41 |
| 1U | Internal Revenue Service, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 04/21/14 | | $1,785.01 $1,785.01 | $0.00 | $1,785.01 |
| 2A | Chicago Regional Council Of Carpent Scalambrino & Arnoff, Llp One North Lasalle Street, Suite 1600 Chicago, IL 60602 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/04/14 | | $59,026.08 $59,026.08 | $0.00 | $59,026.08 |
| | | | **Case Total:** | | **$0.00** | **$117,433.82** |

**Exhibit C**

## Analysis of Claims Register

**Case: 14-07628**                              **INSTALL-RIGHT, LLC**

Claims Bar Date: 07/02/14

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-07628
Case Name: INSTALL-RIGHT, LLC
Trustee Name: David R. Brown

**Balance on hand:**   $ _____ 32,210.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:   $ _____ 0.00
Remaining balance:   $ _____ 32,210.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 4,039.20 | 0.00 | 4,039.20 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 1,169.00 | 0.00 | 1,169.00 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates, PC | 32.12 | 0.00 | 32.12 |

Total to be paid for chapter 7 administrative expenses:   $ _____ 5,240.32
Remaining balance:   $ _____ 26,970.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $ _____ 0.00
Remaining balance:   $ _____ 26,970.02

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,382.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1P | Internal Revenue Service | 3,749.00 | 0.00 | 0.00 |
| 2 | Chicago Regional Council Of Carpent | 47,633.41 | 0.00 | 26,970.02 |

| | | |
|---|---|---:|
| Total to be paid for priority claims: | $ | 26,970.02 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $60,811.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1U | Internal Revenue Service | 1,785.01 | 0.00 | 0.00 |
| 2A | Chicago Regional Council Of Carpent | 59,026.08 | 0.00 | 0.00 |

| | | |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| | | None | | |

| | | |
|---|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

Total to be paid for subordinated claims: $           0.00

Remaining balance: $           0.00