UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Install-Right, LLC | § | Case No. 14-07628 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/18/2015 in Courtroom 240, Old Kane County Courthouse Courthouse, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>11/24/2015</u>                                 By: /s/ David R. Brown
                                                                            Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Install-Right, LLC | § § § § | Case No. 14-07628 |
| Debtor(s) | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 32,892.02 |
| *and approved disbursements of:* | $ | 681.68 |
| *leaving a balance on hand of[1]:* | $ | 32,210.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 32,210.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID R. BROWN | 4,039.20 | 0.00 | 4,039.20 |
| Accountant for Trustee Expenses (Other Firm) - Alan D. Lasko & Associates, PC | 32.12 | 0.00 | 32.12 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 1,169.00 | 0.00 | 1,169.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 5,240.32 |
| Remaining balance: | $ | 26,970.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None ||||

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,970.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,382.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 3,749.00 | 0.00 | 0.00 |
| 2 | Chicago Regional Council Of Carpent | 47,633.41 | 0.00 | 26,970.02 |

Total to be paid for priority claims: $ 26,970.02
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $60,811.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 1,785.01 | 0.00 | 0.00 |
| 2A | Chicago Regional Council Of Carpent | 59,026.08 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for tardily filed general unsecured claims: $    0.00
Remaining balance: $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for subordinated claims: $    0.00
Remaining balance: $    0.00

David R. Brown: /s/ David R. Brown
                                    Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Install-Right, LLC  
    Debtor

Case No. 14-07628-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 1     Date Rcvd: Nov 24, 2015  
                     Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2015.
```
db         +Install-Right, LLC,    928 N. Yale Ave.,    Villa Park, IL 60181-1144
22058132   +Chicago Regional Council of Carpenters,   c/o Bruce C. Scalambrino,   Scalambrino & Arnoff, LLP,
             One North LaSalle Street, Suite 1600,    Chicago, Illinois 60602-3935
21609794   +Integrated Electrical Services,    12621 S. Laramie Ave.,    Alsip, IL 60803-3225
21609796   +McJessy Ching & Thompson LLC,    3759 N. Ravenswood, STE 231,    Chicago, IL 60613-3881
21609797   +Pekin Insurance,    Acct # 000MJD595,    2505 Court Street,    Pekin, IL 61554-5308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21609792   +E-mail/Text: dmcanally@wmklaborlaw.com Nov 25 2015 01:49:22
             Chicago Regional Council of Carpenters Pension Fun,    c/o Whitfield McGann & Ketterman,
             111 E. Wacker Drive, Suite 2600,    Chicago, IL 60601-4208
21609791   +E-mail/Text: dmcanally@wmklaborlaw.com Nov 25 2015 01:49:22
             Chicago Regional Council of Carpenters Pension Fun,    12 E. Erie St.,    Chicago, IL 60611-2789
21609793    E-mail/Text: rev.bankruptcy@illinois.gov Nov 25 2015 01:50:23
             Illinois Department of Revenue,    Acct # 45-4656711,    BK Unit Level 7-425,
             100 W. Randolph St.,    Chicago, IL 60601
21609795    E-mail/Text: cio.bncmail@irs.gov Nov 25 2015 01:49:34     Internal Revenue Service,
             Acct # 45-4656711,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2015 at the address(es) listed below:
```
          Bruce C Scalambrino    on behalf of Creditor    Chicago Regional Council of Carpenters Pension Fund
           bcs@sacounsel.com
          Bruce C Scalambrino    on behalf of Creditor    Chicago Regional Council of Carpenters Apprentice
           and Trainee Program Fund bcs@sacounsel.com
          Bruce C Scalambrino    on behalf of Creditor    Chicago Regional Council of Carpenters Welfare Fund
           bcs@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Welfare Fund
           clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Pension Fund
           clm@sacounsel.com
          Christopher L Muniz    on behalf of Creditor    Chicago Regional Council of Carpenters Apprentice
           and Trainee Program Fund clm@sacounsel.com
          David  Brown, ESQ    on behalf of Accountant Alan D Lasko & Associates dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David R Brown, ESQ     dbrown@springerbrown.com,
           dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
          John  Graf    on behalf of Debtor    Install-Right, LLC attorneyjohngraf@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```