David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
          Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Install-Right, LLC | § | Case No.  14-07628-DRC |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00                           Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,970.02       Claims Discharged
                                                   Without Payment: $85,223.48

Total Expenses of Administration: $5,922.00

3)  Total gross receipts of $   32,892.02   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $         0.00   (see **Exhibit 2** ), yielded net receipts of  $32,892.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,922.00 | 5,922.00 | 5,922.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 51,382.41 | 51,382.41 | 26,970.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 60,811.09 | 60,811.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $118,115.50 | $118,115.50 | $32,892.02 |

4) This case was originally filed under Chapter 7 on March 04, 2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2016              By: /s/David R. Brown
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking @ Inland Bank, 305 W. St. Charles Rd., | 1129-000 | 20,023.79 |
| Paul Reilly Company, Glendale Heights, IL ($1,35 | 1121-000 | 12,868.23 |
| **TOTAL GROSS RECEIPTS** | | $32,892.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| DAVID R. BROWN | 2100-000 | N/A | 4,039.20 | 4,039.20 | 4,039.20 |
| Alan D. Lasko & Associates, PC | 3420-000 | N/A | 32.12 | 32.12 | 32.12 |

**UST Form 101-7-TDR (10/1/2010)**

| Alan D. Lasko & Associates, PC | 3410-000 | N/A | 1,169.00 | 1,169.00 | 1,169.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 21.72 | 21.72 | 21.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.75 | 31.75 | 31.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.68 | 30.68 | 30.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.66 | 31.66 | 31.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.61 | 31.61 | 31.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.14 | 42.14 | 42.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.62 | 48.62 | 48.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.98 | 46.98 | 46.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.47 | 48.47 | 48.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.41 | 48.41 | 48.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.66 | 43.66 | 43.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.27 | 48.27 | 48.27 |
| Rabobank, N.A. | 2600-000 | N/A | 20.20 | 20.20 | 20.20 |
| Rabobank, N.A. | 2600-000 | N/A | 45.04 | 45.04 | 45.04 |
| Rabobank, N.A. | 2600-000 | N/A | 49.63 | 49.63 | 49.63 |
| Rabobank, N.A. | 2600-000 | N/A | 48.00 | 48.00 | 48.00 |
| Rabobank, N.A. | 2600-000 | N/A | 44.84 | 44.84 | 44.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,922.00 | $5,922.00 | $5,922.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 3,749.00 | 3,749.00 | 0.00 |
| 2 | Chicago Regional Council Of Carpent | 5400-000 | N/A | 47,633.41 | 47,633.41 | 26,970.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $51,382.41 | $51,382.41 | $26,970.02 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 1,785.01 | 1,785.01 | 0.00 |
| 2A | Chicago Regional Council Of Carpent | 7100-000 | N/A | 59,026.08 | 59,026.08 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $60,811.09 | $60,811.09 | $0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-07628-DRC | **Trustee:** (330580) David R. Brown |
| **Case Name:** Install-Right, LLC | **Filed (f) or Converted (c):** 03/04/14 (f) |
| | **§341(a) Meeting Date:** 03/28/14 |
| **Period Ending:** 02/19/16 | **Claims Bar Date:** 07/02/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking @ Inland Bank, 305 W. St. Charles Rd., Acct# xx0970 ($20,024); Chase Bank, 215 Rt. 83, Elmhurst, IL Acct# 456994883 ($376); acct# 3030877996 ($0) | 20,400.00 | Unknown | | 20,023.79 | FA |
| 2 | Paul Reilly Company, Glendale Heights, IL ($1,35 Rytec Corp., Jackson, WI ($12,540) | 13,895.00 | Unknown | | 12,868.23 | FA |
| 3 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |
| **3** | **Assets** **Totals** (Excluding unknown values) | **$34,295.00** | **$0.00** | | **$32,892.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

Awaits preparation of tax returns. [David R Brown 2014-09-22 18:58:22]

**Initial Projected Date Of Final Report (TFR):**   March 15, 2015          **Current Projected Date Of Final Report (TFR):**   September 22, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-07628-DRC
**Case Name:** Install-Right, LLC

**Taxpayer ID #:** \*\*-\*\*\*6711
**Period Ending:** 02/19/16

**Trustee:** David R. Brown (330580)
**Bank Name:** The Bank of New York Mellon
**Account:** \*\*\*\*-\*\*\*\*\*\*75-66 - Checking
**Blanket Bond:** $77,173,558.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/14 | {2} | Paul Reilly Company Illinois,Inc. | Account receivable PIF | 1121-000 | 1,355.28 | | 1,355.28 |
| 04/08/14 | {1} | Inland Bank | turnover of non-exempt property | 1129-000 | 20,023.79 | | 21,379.07 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 21.72 | 21,357.35 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.75 | 21,325.60 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.68 | 21,294.92 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.66 | 21,263.26 |
| 09/08/14 | {2} | Rytec Corporation | Account receivable | 1121-000 | 650.00 | | 21,913.26 |
| 09/08/14 | {2} | Rytec Corporation | Account receivable | 1121-000 | 4,712.95 | | 26,626.21 |
| 09/08/14 | {2} | Rytec Corporation | Account receivable | 1121-000 | 6,150.00 | | 32,776.21 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 31.61 | 32,744.60 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 42.14 | 32,702.46 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.62 | 32,653.84 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 46.98 | 32,606.86 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.47 | 32,558.39 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.41 | 32,509.98 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 43.66 | 32,466.32 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 48.27 | 32,418.05 |
| 04/17/15 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 32,418.05 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 32,892.02 | 32,892.02 | $0.00 |
| Less: Bank Transfers | | 0.00 | 32,418.05 | |
| **Subtotal** | | 32,892.02 | 473.97 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$32,892.02** | **$473.97** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-07628-DRC | **Trustee:** David R. Brown (330580) |
| **Case Name:** Install-Right, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9566 - Checking Account |
| **Taxpayer ID #:** **-***6711 | **Blanket Bond:** $77,173,558.00  (per case limit) |
| **Period Ending:** 02/19/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/15 | | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 32,418.05 | | 32,418.05 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.20 | 32,397.85 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.04 | 32,352.81 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.63 | 32,303.18 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.00 | 32,255.18 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.84 | 32,210.34 |
| 12/29/15 | 10101 | Alan D. Lasko & Associates, PC | Dividend paid 100.00% on $32.12 | Claim # ACCT EXP | Filed: $32.12 | 3420-000 | | 32.12 | 32,178.22 |
| 12/29/15 | 10102 | Alan D. Lasko & Associates, PC | Dividend paid 100.00% on $1,169.00 | Claim # ACCT FEES | Filed: $1,169.00 | 3410-000 | | 1,169.00 | 31,009.22 |
| 12/29/15 | 10103 | DAVID R. BROWN | Dividend paid 100.00% on $4,039.20 | Claim # TR COMP | Filed: $4,039.20 | 2100-000 | | 4,039.20 | 26,970.02 |
| 12/29/15 | 10104 | Chicago Regional Council Of Carpent | Dividend paid 56.62% on $47,633.41 | Claim # 2 | Filed: $47,633.41 | 5400-000 | | 26,970.02 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 32,418.05 | 32,418.05 | $0.00 |
| Less: Bank Transfers | 32,418.05 | 0.00 | |
| **Subtotal** | 0.00 | 32,418.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$32,418.05** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****.*****75-66** | **32,892.02** | **473.97** | **0.00** |
| **Checking # ******9566** | **0.00** | **32,418.05** | **0.00** |
| | **$32,892.02** | **$32,892.02** | **$0.00** |